```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                                                                    CONSENT TO PROCEED BY
                                                                    TEL/VIDEOCONFERENCE
                    -v-
                                                                    20 -CR- 12237 (mag) (__)
Georgia Ward           ,
                                Defendant(s).
-------------------------------------------------------------X
```

Defendant __Georgia Ward_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- [X] Initial Appearance/Appointment of Counsel
- [X] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- [ ] Preliminary Hearing on Felony Complaint
- [X] Bail/Revocation/Detention Hearing
- [ ] Status and/or Scheduling Conference
- [ ] Misdemeanor Plea/Trial/Sentence

__s/Georgia Ward by KNF, USMJ___            __Florian Miedel_____
Defendant's Signature                        Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

   Georgia Ward                               Florian Miedel
_____           _____
Print Defendant's Name                       Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__11-18-2020_____                          __Kevin Nathaniel Fox_____
Date                                         U.S. District Judge/U.S. Magistrate Judge